

U.S. Department of Justice

Antitrust Division

*New York Office*

*26 Federal Plaza*          *646/541-7333*
*Room 3630*
*New York, New York 10278-0004*     *FAX 212/335-8023*

February 1, 2023

**BY ECF**
Honorable Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Timour Abramov*, 23 CR 050 (VM);
             Motion to Request the Acceptance of Defendant's Plea

Dear Judge Marrero:

      The Government respectfully moves the Court to accept the guilty plea entered by defendant, Timour Abramov, on January 30, 2023. The Government has attached to this motion the transcript of the plea proceedings and a proposed Order. The defendant's guilty plea was made before United States Magistrate Judge Jennifer E. Willis with the defendant's consent.

      If the Court accepts the guilty plea, the parties consent to the Court's proposed sentencing date, May 5, 2023, at 1pm.

                                     Very truly yours,

                                      _____/s/_____
                                      Milosz Gudzowski
                                      Trial Attorney
                                      United States Department of Justice
                                      Antitrust Division, New York Office